IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JUDY NEELY                          PLAINTIFF

VERSUS                          NO. 3:22CV130-GHD-RP

JOSE FLORES AND JOHN DOES 1-10                          DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the *ore tenus* motion of the parties to dismiss this civil action with prejudice. This Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has now been compromised and settled as between the parties, finds that the motion is well-taken and should be, and the same is, hereby granted. IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 23rd day May, 2023.

/s/ Glen H. Davidson
UNITED STATES DISTRICT JUDGE

Agreed to:

/s/ Matthew Wilson, Esq.
_____
Attorney for Plaintiff

/s/ Victor Israel Fleitas
_____
Attorney for Defendant